U.S District Court of District of Columbia

Case: 1:18-cv-00101
Assigned To : Unassigned
Assign. Date : 1/17/2018
Description: Pro Se Gen. Civil

Filing Motion to Have Plaintiff Continuation of Post Office Address

Plaintiff hereby like to Request that her P.O Box Address Remain the Same, with this Case as Well. Plaintiff is still Homeless, however her situation will change possibly as early as Next Week. Until Further Notice, Plaintiff would like for the Court to grant her Motion for allowing Plaintiff to use her Post Office address.

Certificate of Service

Certified copy of Motion was Mailed to Channel Five Fox News at 5151 Wisconsin Ave

RECEIVED
JAN 16 2018
Clerk, U.S. District and Bankruptcy Courts

3

over

Mr Karee (or S) Ferebee
P.O. Box 712
Temple Hills MD
20757